AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3769 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT MCGUIRE,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-00165-ART-CLB<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Defendant Calvin Johnson, by and through counsel, Aaron D. Ford, Nevada Attorney General, Samuel L. Pezone, Jr., Deputy Attorney General, and Chris Davis, Senior Deputy Attorney General, pursuant to Fed R. App. P. 3 & 4 and 28 U.S.C. § 1291, appeals this Court's Order (EFC No. 55, entered on February 21, 2025) denying in part Defendants' motion for summary judgment asserting qualified immunity, which denial is immediately appealable and once appealed divests the district court of jurisdiction.

    DATED this 5th day of March, 2025.

                                                  AARON D. FORD
                                                Attorney General

                                        By:    /s/ *Samuel L. Pezone, Jr.*
                                                     SAMUEL L. PEZONE, JR. (Bar No. 15978)
                                                     Deputy Attorney General
                                                     CHRIS DAVIS (Bar No. 6616)
                                                     Senior Deputy Attorney General
                                                     *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 5, 2025, I electronically filed the foregoing **NOTICE OF APPEAL** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Robert McGuire #83383
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
*Plaintiff, Pro Se*

/s/ Andrea Beckett
ANDREA BECKETT, An employee of the
Office of the Attorney General